UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                 :

MARIA ELENA ANDRADES CORDOBA,     :
individually and on behalf of others similarly    :
situated                                             :
                                               :                 21-CV-6878 (VSB)
                                Plaintiff,   :
                                               :                           **ORDER**

               - against -                    :

MMLZ CORP. (D/B/A RIVINGTON             :
LAUNDROMAT) and MICHAEL ZETTS,    :
                                               :
                                Defendants.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On November 4, 2021, I entered an order directing the parties to file a joint letter and a proposed case management plan.  (Doc. 29.)  However, this is an action brought under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, and it is still at the mediation stage pursuant to Local Civil Rule 83.9.  (Doc. 16.)  Accordingly, it is hereby

        ORDERED that my November 4, 2021 order is VACATED.

Dated: November 5, 2021
        New York, New York

                                              Vernon S. Broderick
                                              United States District Judge